

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2015

No. 04-15-00519-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellants

v.

**GRACE RIVER RANCH, L.L.C.,**
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Russel Wilson, Judge Presiding

# O R D E R

The clerk's notification of late record is this date GRANTED. The clerk's record is due on September 8, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court